2024-1219

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ILSENBURGER GROBBLECH GMBH, SALZGITTER MANNESMANN GROBBLECH GMBH, SALZGITTER FLACHSTAHL GMBH, AND SALZGITTER MANNESMANN INTERNATIONAL GMBH,

Plaintiffs-Appellants,

v.

UNITED STATES, SSAB ENTERPRISES LLC, NUCOR CORPORATION,

Defendant-Appellees.

Appeal from the United States Court of International Trade
in Case No. 1:17-CV-00158
Senior Judge Leo M. Gordon

## PLAINTIFF-APPELLANTS OPPOSITION TO DEFENDANT-APPELLEE'S MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. App. P. 26 and 27 and Fed. Cir. R. 26 and 27, Plaintiff-Appellants Ilsenburger Grobblech GmbH ("ILG"), Salzgitter Mannesmann Grobblech GmbH ("MGB"), Salzgitter Flachstahl GmbH ("SZFG"), and Salzgitter Mannesmann International GmbH ("SMID") (collectively, "Salzgitter") submit this opposition to Defendant-Appellee United States' Motion for an Extension of Time to File Its Response Brief (ECF 23). In accordance with the Practice Notes to Fed. Cir. R. 26, Salzgitter is filing this response promptly.

In its motion, Defendant-Appellee requests a 6-day extension of time to file its response brief.  Salzgitter (and its counsel) would typically have no difficulty consenting to a party's motion for a short extension of time to file a brief.  However, this Court has already granted Defendant-Appellee a 37-day extension of its deadline to file the response brief (ECF 21).  Its second request effectively doubles the time granted under this Court's rules to file its response brief.  Salzgitter opposes Defendant-Appellee's current request because a further delay in briefing will result in a further delay in the resolution of this case.

Moreover, further delay in Defendant-Appellee's deadline for the response brief will affect Plaintiff-Appellants' deadline for the reply brief.  Counsel to Plaintiff-Appellants will be out of the country for an on-site verification in an antidumping investigation by the Department of Commerce, which will cause the need for further extension of the reply brief deadline if Defendant-Appellee's motion is granted.

For these reasons, the Court should deny Defendant-Appellee's Motion for an Extension of Time.

        Respectfully submitted,

        /s/ David E. Bond
        David E. Bond
        Ron Kendler
        Allison Kepkay

        WHITE & CASE LLP
        701 Thirteenth Street, NW
        Washington, DC 20005
        (202) 626-3600

        Counsel to Plaintiff-Appellants Ilsenburger Grobblech GmbH, Salzgitter Mannesmann Grobblech GmbH, Salzgitter Flachstahl GmbH, and Salzgitter Mannesmann International GmbH

April 12, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2024 the foregoing document filed on behalf of Salzgitter was served upon all parties by operation of the Court's electronic filing system.

Date: April 12, 2024　　　　　　　　　　　　　*/s/ David E. Bond*

                                                         David E. Bond
                                                         WHITE & CASE LLP
                                                         701 Thirteenth Street, NW
                                                         Washington, DC 20005
                                                         (202) 626-3600

FORM 9. Certificate of Interest　　　　　　　　　　　　　　　　　　　　Form 9 (p. 1)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2024-1219

**Short Case Caption** AG der Dillinger Huttenwerke v. US

**Filing Party/Entity** Ilsenburger Grobblech GmbH, Salzgitter Flachstahl GmbH, Salzgitter Mannesmann Grobblech GmbH, Salzgitter Mannesmann International GmbH

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 4/12/2024　　　　　　　　Signature: /s/ David E. Bond

　　　　　　　　　　　　　　　　Name: David E. Bond

FORM 9. Certificate of Interest                                                       Form 9 (p. 2)
                                                                                      March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Ilsenburger Grobblech GmbH | | Wholly-owned (directly or indirectly) by Salzgitter AG, a publicly traded entity. |
| Salzgitter Flachstahl GmbH | | Wholly-owned (directly or indirectly) by Salzgitter AG, a publicly traded entity. |
| Salzgitter Mannesmann Grobblech GmbH | | Wholly-owned (directly or indirectly) by Salzgitter AG, a publicly traded entity. |
| Salzgitter Mannesmann International GmbH | | Wholly-owned (directly or indirectly) by Salzgitter AG, a publicly traded entity. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest                                                                  Form 9 (p. 3)
                                                                                                 March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable    ☐ Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)   ☑ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable    ☐ Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |