# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2024-1219

**Short Case Caption:** AG der Dillinger Huttenwerke v. United States

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

United States

| | |
|---|---|
| **Principal Counsel:** N/A | Admission Date: N/A |
| Firm/Agency/Org.: N/A | |
| Address: N/A | |
| Phone: N/A | Email: N/A |
| **Other Counsel:** Ayat Mujais | Admission Date: N/A |
| Firm/Agency/Org.: United States Department of Commerce | |
| Address: 1401 Constitution Ave. NW, Washington, D.C. 20230 | |
| Phone: 202-482-1439 | Email: Ayat.Mujais@trade.gov |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 4/25/24

Signature: /s/ Ayat Mujais

Name: Ayat Mujais