NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AG DER DILLINGER HUTTENWERKE, FRIEDR. LOHMANN GMBH, THYSSENKRUPP STEEL EUROPE AG,**
*Plaintiffs*

**ILSENBURGER GROBBLECH GMBH, SALZGITTER FLACHSTAHL GMBH, SALZGITTER MANNESMANN GROBBLECH GMBH, SALZGITTER MANNESMANN INTERNATIONAL GMBH,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, SSAB ENTERPRISES LLC, NUCOR CORPORATION,**
*Defendants-Appellees*

---

2024-1219

---

Appeal from the United States Court of International Trade in Nos. 1:17-cv-00158-LMG, 1:17-cv-00160-LMG, 1:17-cv-00162-LMG, Senior Judge Leo M. Gordon.

---

**ON PETITION FOR PANEL REHEARING**

---

Before LOURIE, DYK, and REYNA, *Circuit Judges*.

PER CURIAM.

# ORDER

Ilsenburger Grobblech GmbH, Salzgitter Flachstahl GmbH, Salzgitter Mannesmann Grobblech GmbH and Salzgitter Mannesmann International GmbH filed a petition for panel rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

FOR THE COURT

August 19, 2025
Date

Jarrett B. Perlow
Clerk of Court